UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANEISHA LAIMONT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAMDE RAKESH, et al., <br><br> Defendants. | Case No. 20-cv-04702-VC <br><br> **ORDER GRANTING MOTION FOR MINOR'S COMPROMISE AND MOTION TO SEAL** <br><br> Re: Dkt. No. 84, 85 |

Plaintiff A.L.'s motion for approval of a minor's compromise is granted because the settlement is in A.L.'s best interest. Payment should be issued in accordance with the procedures articulated in the motion.

The corresponding motion to seal is also granted. Disclosing the settlement amount could undermine the privacy interests of the minor plaintiff, which is a compelling reason to limit public access to this information.

**IT IS SO ORDERED.**

Dated: February 28, 2022

_____
VINCE CHHABRIA
United States District Judge